1  Ralph C. Loeb (#124773)
   Email: ralph@kranesmith.com
2  **KRANE & SMITH**
   16255 Ventura Boulevard,
3  Suite 600
   Encino, California 91436
4
   Tel: (818) 382-4000
5  Fax: (818) 382-4001

6  Attorneys for Plaintiff
   STEVEN BRADLEY, JOHN GANEY,
7  MICAL MONTGOMERY and MICHAEL
   MARTIN, professionally known as IWRESTLEDABEARONCE
8

9            **UNITED STATES DISTRICT COURT**

10          **CENTRAL DISTRICT OF CALIFORNIA**

11
   STEVEN   BRADLEY,   JOHN          CASE NO. CV12-8491-ABC (MANx)
12 GANEY, MICAL MONTGOMERY
   and   MICHAEL   MARTIN,           [Assigned to the Honorable Audrey B.
13 professionally   known   as       Collins]
   IWRESTLEDABEARONCE,    a
14 general partnership,
                                     **STIPULATION   FOR   DISMISSAL
15                  Plaintiff,        UNDER FRCP 41(a) WITH PREJUDICE**

16            vs.
                                     COMPLAINT FILED: October 3, 2012
17 SPENCER GIFTS, LLC, a Delaware
   limited liability company; and T-
18 SHIRT CENTRAL, a business entity
   of unknown form,
19
                  Defendants.
20

21

22

23

24

25

26

27

28 F:\CLIENTS\IWABO\PLEADINGS\STIPULATION FOR DISMISSAL.wpd          1

1

2          Plaintiffs STEVEN BRADLEY, JOHN GANEY, MICAL MONTGOMERY

3    and MICHAEL MARTIN, professionally known as IWRESTLEDABEARONCE

4    ("Plaintiffs") and Defendants SPENCER GIFTS, LLC and TEE-SHIRT CENTRAL,

5    INC. ("Defendants"), by and through their respective counsel of record, hereby

6    stipulate as follows:

7          **WHEREAS**, the parties have reached a settlement and wish to proceed with

8    a dismissal of the above-captioned action, including all claims, with prejudice as to

9    Defendants, pursuant to Fed. Rule Civ. P. 41(a);

10         **WHEREAS**, the parties shall each bear their respective costs and attorney fees

11   incurred; and

12         **WHEREAS**, the parties have agreed there is deemed to be no prevailing party.

13         IT IS SO STIPULATED AND AGREED.

14

15   DATED: December 26, 2012          KRANE & SMITH

16

17                                      By: _____
                                            RALPH C. LOEB
18                                      Attorneys for Plaintiff
                                        STEVEN BRADLEY, JOHN GANEY,
19                                      MICAL MONTGOMERY and MICHAEL
                                        MARTIN,    professionally    known    as
20                                      IWRESTLEDABEARONCE

21
     DATED: December 26, 2012          LECLAIR RYAN
22

23                                      By: /s/
                                            COURTNEY CURTIS
24                                      Attorneys for Defendants SPENCER GIFTS,
                                        LLC and TEE-SHIRT CENTRAL, INC.
25

26

27

28   F:\CLIENTS\IWABO\PLEADINGS\STIPULATION FOR DISMISSAL.wpd          2

_____
        STIPULATION FOR DISMISSAL UNDER FRCP 41(a) WITH PREJUDICE