Ralph C. Loeb (#124773)
Email: ralph@kranesmith.com
**KRANE & SMITH**
16255 Ventura Boulevard,
Suite 600
Encino, California 91436

Tel: (818) 382-4000
Fax: (818) 382-4001

Attorneys for Plaintiff
STEVEN BRADLEY, JOHN GANEY, MICAL MONTGOMERY and MICHAEL MARTIN, professionally known as IWRESTLEDABEARONCE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STEVEN BRADLEY, JOHN GANEY, MICAL MONTGOMERY and MICHAEL MARTIN, professionally known as IWRESTLEDABEARONCE, a general partnership,

Plaintiff,

vs.

SPENCER GIFTS, LLC, a Delaware limited liability company; and T-SHIRT CENTRAL, a business entity of unknown form,

Defendants.

CASE NO. CV12-8491-ABC (MANx)

[Assigned to the Honorable Audrey B. Collins]

**STIPULATION FOR DISMISSAL UNDER FRCP 41(a) WITH PREJUDICE**

COMPLAINT FILED: October 3, 2012

Plaintiffs STEVEN BRADLEY, JOHN GANEY, MICAL MONTGOMERY and MICHAEL MARTIN, professionally known as IWRESTLEDABEARONCE ("Plaintiffs") and Defendants SPENCER GIFTS, LLC and TEE-SHIRT CENTRAL, INC. ("Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, the parties have reached a settlement and wish to proceed with a dismissal of the above-captioned action, including all claims, with prejudice as to Defendants, pursuant to Fed. Rule Civ. P. 41(a);

**WHEREAS**, the parties shall each bear their respective costs and attorney fees incurred; and

**WHEREAS**, the parties have agreed there is deemed to be no prevailing party.

IT IS SO STIPULATED AND AGREED.

DATED: December 26, 2012

KRANE & SMITH

By: [signature]
RALPH C. LOEB
Attorneys for Plaintiff STEVEN BRADLEY, JOHN GANEY, MICAL MONTGOMERY and MICHAEL MARTIN, professionally known as IWRESTLEDABEARONCE

DATED: December 26, 2012

LECLAIR RYAN

By: /s/
COURTNEY CURTIS
Attorneys for Defendants SPENCER GIFTS, LLC and TEE-SHIRT CENTRAL, INC.