JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BRADLEY, JOHN GANEY, MICAL MONTGOMERY and MICHAEL MARTIN, professionally known as IWRESTLEDABEARONCE, a general partnership,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SPENCER GIFTS, LLC, a Delaware limited liability company; and T-SHIRT CENTRAL, a business entity of unknown form,<br><br>　　　　　　Defendants. | CASE NO. CV12-8491-ABC (MANx)<br><br>[Assigned to the Honorable Audrey B. Collins]<br><br>**ORDER DISMISSING CLAIMS AGAINST DEFENDANTS WITH PREJUDICE**<br><br>COMPLAINT FILED: October 3, 2012 |

## ORDER

The Court, having considered the Stipulation of Plaintiff STEVEN BRADLEY, JOHN GANEY, MICAL MONTGOMERY and MICHAEL MARTIN, professionally known as IWRESTLEDABEARONCE ("Plaintiff") and Defendants SPENCER GIFTS, LLC and TEE-SHIRT CENTRAL, INC. ("Defendants"), and for good cause shown, it is HEREBY ORDERED that:

The above-captioned action, including all claims, is dismissed in its entirety with prejudice as to Defendants, pursuant to Fed. Rule Civ. P. 41(a).

Each party shall bear its own costs and attorney fees and there is deemed to be no prevailing party.

**IT IS SO ORDERED**:

DATED: **January 1, 2013**         _____/s/ Audrey B. Collins_____
                                    The Hon. Audrey B. Collins
                                    United States District Court Judge

Presented by:

KRANE & SMITH, APC

By:_____
   Ralph C. Loeb
Attorneys for Plaintiff
STEVEN BRADLEY, JOHN GANEY,
MICAL MONTGOMERY and MICHAEL
MARTIN, professionally known as IWRESTLEDABEARONCE